1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       derek.owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )    CR No.: 3-07-70098 MEJ
14                                  )
                                    )
15              Plaintiff,          )    STIPULATION AND [PROPOSED]
                                    )    ORDER EXCLUDING TIME
16         v.                       )
                                    )
17 JAMES VILLAREAL,                 )
                                    )
18                                  )
                Defendant.          )
19 _____  )

20

21     On March 5, 2007, the parties in this case appeared before the Court for a preliminary

22 hearing. At that time, the parties requested and the Court agreed to continue the hearing to

23 March 21, 2007. The parties further stipulated that pursuant to Federal Rule of Criminal

24 Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from March 5,

25 2007, to and including March 21, 2007. The parties agree that – taking into account the public

26 interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant

27 also agrees to exclude for this period of time any time limits applicable under Title 18, United

28 States Code, Section 3161. The parties represented that granting the continuance was the


Stipulation and [Proposed] Order

1  reasonable time necessary for continuity of defense counsel and effective preparation of defense
2  counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
3  The parties also agreed that the ends of justice served by granting such a continuance
4  outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §
5  3161(h)(8)(A).
6  SO STIPULATED:

                                                                        SCOTT N. SCHOOLS
                                                                       Interim United States Attorney

9  DATED:  3/12/2007          /s/ Derek Owens
                                                                        DEREK OWENS
10                                                             Special Assistant United States Attorney

11 DATED:  3/15/2007          /s/ Geoff Hansen
12                                                             GEOFF HANSEN
13                                                            Federal Public Defender

14     For the reasons stated above, the Court finds that an exclusion of time from March 5, 2007,
15 to and including March 21, 2007, is warranted and that the ends of justice served by the
16 continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18
17 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would
18 deny Mr. Villareal continuity of counsel and would deny defense counsel the reasonable time
19 necessary for effective preparation, taking into account the exercise of due diligence, and would
20 result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

22 SO ORDERED.
23 DATED: March 16, 2007

                                                THE HONORABLE
                                                United States Magistrate Judge

*IT IS SO ORDERED — Judge Elizabeth D. Laporte* (signature stamp)

Stipulation and [Proposed] Order