E-filing

## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Maria Elena James<br>U.S. Magistrate Judge | RE: | Villareal, James |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | 3-07-70098 |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Brad T. Wilson                                                                                  415-436-7511
U.S. Pretrial Services Officer Assistant                                        TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____   Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

1. The defendant shall maintain current employment or if unemployed shall seek and maintain verifiable employment;

2. The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services;

3. The defendant shall address his outstanding warrant from San Mateo County, California; and

4. The defendant shall participate in domestic violence counseling as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____          MARIA-ELENA JAMES                    3-30-07
JUDICIAL OFFICER                                         UNITED STATES MAGISTRATE JUDGE     DATE

Cover Sheet (12/03/02)