E-filing

PROPOSED ORDER/COVER SHEET

TO: Honorable Maria Elena James         RE:   Villareal, James
U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief       DOCKET NO.:  3-07-70098
U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                           415-436-7508
U.S. Pretrial Services Officer          Telephone Number

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

1. The defendant shall be evaluated by a residential drug treatment program and if determined to be a suitable candidate shall enter the program immediately thereafter.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____        MARIA-ELENA JAMES              4/25.07
JUDICIAL OFFICER                         UNITED STATES MAGISTRATE JUDGE  DATE

Cover Sheet (12/03/02)